# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **MICHAEL WILLIAMS,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:17-CV-2126-L** |
| **CITY OF FRISCO, et al.,** | § | |
| Defendants. | § | |

## ORDER

Before the court is Plaintiff's Original Complaint (Doc. 3), filed August 11, 2017. On August 29, 2017, Magistrate Judge Renee Harris Toliver entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the case be dismissed without prejudice as duplicative of a pending case. No objections to the Report were filed.

Having reviewed the motion, response, pleadings, file, record in this case, applicable law, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action as duplicative of a pending case.

**It is so ordered** this 31st day of October, 2017.

_____
Sam A. Lindsay
United States District Judge